Judgment rendered March 31, 2021.
Application for rehearing may be filed
within the delay allowed by Art. 2166,
La. C.C.P.

No. 53,806-CA

COURT OF APPEAL
SECOND CIRCUIT
STATE OF LOUISIANA

* * * * *

CORETTA MCMILLON AND                     Plaintiffs-Appellees
ROOSEVELT NORMAN

versus

EUROPEAN SERVICE, INC.                   Defendants-Appellants
D/B/A EUROPEAN MOTORS
AND ALI MOGHIMI

* * * * *

Appealed from the
Monroe City Court for the
Parish of Ouachita, Louisiana
Trial Court No. 2016CV01117

Honorable Tammy Deon Lee, Judge

* * * * *

G. ALI MOGHIMI                           Appellant,
                                         In Proper Person

RONALD KIP GATES                         Counsel for Appellees,
                                         Coretta McMillon and
                                         Roosevelt Norman

ARTHUR GILMORE, JR.                      Counsel for Appellees/
                                         Intervenors, Car
                                         Solutions, Inc., Tracey
                                         Smedley, and Jahangir J.
                                         Nejad

* * * * *

Before MOORE, GARRETT, STONE, JJ.

**STONE, J.**

Mr. Ali Moghimi filed this untimely appeal seeking review of the trial court's dismissal of his petition for damages for wrongful seizure. The matter was placed on our docket in error. The record reflects that the clerk of the Monroe City Court mailed notice of signing of judgment to Mr. Moghimi on October 22, 2019, and that Mr. Moghimi did not move for new trial. Mr. Moghimi did not file a motion for appeal until January 17, 2020, a total of 87 days after the mailing of notice of judgment. "An appeal from a judgment rendered by a city court or parish court may be taken only within 10 days from the date of the judgment or from the service of notice of the judgment, when such notice is necessary." La. C.C.P. art. 5002.

Accordingly, this appeal is **DISMISSED.**